UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              Chapter 11

553 West 174th St LLC,                  Case No. 11-14968

               Debtor.
-----------------------------------------------------------x
In re                                              Chapter 11

SE Opportunity Fund LP,                            Case No. 11-14970

               Debtor.
-----------------------------------------------------------x

## APPLICATION FOR JOINT ADMINISTRATION

553 West 174th St LLC ("553 West") and SE Opportunity Fund LP (SE, collectively with 553 West, the "Debtors") as and for their application ("Application") for joint administration of their Chapter 11 cases, respectfully represent as follows:

1. On or about October 26, 2011, each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. The Debtors continue to manage and operate their businesses and property as a Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

3. SE is 553 West's parent company. Each of the Debtors was involved in 553 West's acquisition of certain real property which, as stated in the local rule affidavit filed with the Debtors' petitions, started the chain of events that resulted in these Chapter 11 filings.

4. The Debtors respectfully submit that joint administration of these cases would be more efficient than separate administration because both the routine issues and the larger issues in these cases are likely to arise in tandem. The Debtors respectfully suggest further that joint administration will not prejudice any party in interest, since the relief sought is solely procedural. In other words, this application does **not** seek substantive consolidation.

5. Accordingly, under Bankruptcy Rule 1015, the Debtors request that the Court enter an order in the form annexed hereto, providing for the joint administration of their respective Chapter 11 cases.

6. The Debtors respectfully submit further that the above captioned cases should be consolidated for procedural purposes and administered jointly under , the case that was filed first in time, and that the joint caption of the cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                    Chapter 11

553 West 174th St LLC, et al.                   Case Nos. 11-14968 and
                                                                                         11-14970
                           Debtors.
-------------------------------------------------------------x

          7.      The Debtors further request that original docket entries shall be made in each of the cases, substantially as follows:

> An order has been entered in this case consolidating the case of 553 West 174th St LLC, Case No. 11-14968 and the case of SE Opportunity Fund LP, Case No. 11-14970 for procedural purposes only and providing for its joint administration in accordance with the terms thereof.

          8.      No previous application for the relief sought herein has been made to this or any other Court.


Dated: New York, New York
       October 26, 2011

                                         BACKENROTH FRANKEL & KRINSKY, LLP
                                         PROPOSED COUNSEL FOR DEBTORS


                            By:     s/Mark Frankel
                                         489 Fifth Avenue
                                         New York, New York 10017
                                         (212) 593-1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                 Chapter 11

553 West 174th St LLC,                                                Case No. 11-14968

                Debtor.
---------------------------------------------------------------x
In re                                                                 Chapter 11

SE Opportunity Fund LP,                                               Case No. 11-14970

                Debtor.
---------------------------------------------------------------x

## ORDER PROVIDING FOR JOINT ADMINISTRATION

Upon the application of the above-captioned debtors for joint administration, and after due deliberation and sufficient cause therefor, it is

ORDERED, that the pending Chapter 11 cases of 553 West 174th St LLC and SE Opportunity Fund LP (collectively, the "Debtors") shall be consolidated for procedural purposes with and administered jointly under Case No. 11-14968 in accordance with the provisions of Bankruptcy Rule 1015, and the joint caption of the cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                 Chapter 11

553 West 174th St LLC, et al.                                         Case Nos. 11-14968 and
                                                                                                                11-14970

                Debtors.
---------------------------------------------------------------x

and it is further

ORDERED, that a docket entry shall be made in each of the Debtor's cases substantially as follows:

> An order order has been entered in this case consolidating the case of 553 West 174th St LLC, Case No. 11-14968 and the case of SE Opportunity Fund LP, Case No. 11-14970 for procedural purposes only and providing for its joint administration in accordance with the terms thereof.

Dated: New York, New York
_____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:

UNITED STATES TRUSTEE

By:_____