**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

**533 West 174th Street LLC**

Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 11-14968(SHL)

# ORDER SCHEDULING INITIAL CASE CONFERENCE

**533 West 174th Street LLC** (the "Debtor ") having filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on **October 26, 2011**, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to Bankruptcy Code § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Courtroom 701, United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004 on **November 29, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia,* such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least fourteen (14) days prior to the scheduled conference to each committee appointed to serve in the case pursuant to Bankruptcy Code § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: New York, New York
      **October 26, 2011**

                                    */s/ Sean H. Lane*
                                    United States Bankruptcy Judge