UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                          Chapter 11

553 West 174th St LLC,                         Case No. 11- 14968

                    Debtor.
-------------------------------------------------------------x
In re                                          Chapter 11

SE Opportunity Fund LP,                        Case No. 11- 14970

                    Debtor.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

        Yosi Edelstein, being duly affirmed, deposes and says: I am over the age of eighteen years, I reside in Kings County, I am not a party herein, and that on the 27th day of October, 2011, I caused to be served a true copy of ***Notice of Hearing and Motion to Approve Sale Procedures and Disclosure Statement*** , upon the interested parties listed below, at their last known addresses, by regular U.S. Mail, by causing same to be deposited, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York.

                                            s/ Yosi Edelstein

Affirmed before me this 27th
Day of October, 2011

s/Mark Frankel
Notary Public

| | | |
|---|---|---|
| **Katz and Matz, PC**<br>1650 Avenue of the Americas<br>3rd Floor<br>New York, NY 10019 | **Bryan Binder**<br>c/o Moss & Kalish<br>122 E 42 St<br>New York, NY 10168 | **City of New York**<br>NYC Law Department<br>100 Church St<br>New York, NY 10007 |
| **Claude Castro & Assoc. PLLC**<br>355 Lexington Ave.<br>Suite 1400<br>New York, NY 10017 | **Con Edison**<br>Cooper Station<br>Po Box 138<br>New York, NY 10276-0138 | **Maury Barson**<br>746 Highway 34<br>Matawan, NJ 07747 |
| **SE Opportunity Fund LP**<br>314 West 82nd Street<br>New York, NY 10024 | **Seth Miller**<br>314 West 82nd St<br>New York, NY 10024 | **Spencer Taylor**<br>120 West 74th Street<br>New York, NY 10023 |
| **State of New York**<br>Attorney General's Office<br>120 Broadway<br>New York, NY 10271 | **United States of America**<br>c/o U.S. Attorney<br>86 Chambers Street<br>New York, NY 10007 | **United States Trustee**<br>33 Whitehall<br>New York, NY 10004 |
| **Walter Tillow**<br>1227 South 6th St.<br># 2<br>Louisville, KY 40203 | **White Oak Profit Sharing Plan**<br>314 West 82nd Street<br>New York, NY 10024 | |